IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 3:05cv332-WHA |
| | ) | (WO) |
| LEWIS McKENZIE | ) | |

**ORDER ON MOTION**

On November 13, 2006, movant Lewis McKenzie filed a pleading styled as a "*Motion for Leave to Supplement the Record*." (Doc. No. 10.) The court construes this pleading to contain (1) a *motion to supplement* the 28 U.S.C. § 2255 motion with matters in support of the claims in the § 2255 motion and (2) a *motion for an evidentiary hearing*. Upon consideration of these motions, and for good cause, it is ORDERED that:

1. The *motion to supplement* is GRANTED.

2. The *motion for an evidentiary hearing* is DENIED at this time.

Done this 27th day of November, 2006.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE