IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:05cv332-WHA |
| | ) | |
| LEWIS McKENZIE | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #16), entered on May 29, 2007, and Petitioner's Response to the Magistrate Judge's Recommendation (Doc. #17), which the court treats as an Objection, filed on June 18, 2007.

After an independent evaluation and *de novo* review of this case, the court finds the objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED. Final Judgment will be entered accordingly.

DONE this 9th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE